# IN THE U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox | Bankruptcy Case: 20-51998-amk |
| Grant T. Wilcox,<br>9858 Green Dr<br>Windham, OH 44288-1419<br>　　　　　　　　　Debtor | Honorable Alan M. Koschik<br><br>DEBTORS BRIEF IN OPPOSITION OF TRUSTEE MOTION TO DISMISS CASE |

Now comes the Debtor, and provides this response in opposition to the Bankruptcy Trustee Motion to Dismiss. Debtor has been subject to frequent and continual harassment by certain Creditors who have obtained a civil arrest warrant against the Debtor. Numerous times Debtor has been detained and even had his door kicked in by law enforcement seeking to execute the civil warrant that Creditors refuse to rescind. Debtor has been subjected to extreme emotional distress and imprisonment due to the creditors refusal to take affirmative action.

DEBTORS BRIEF OF OPPOSITION TO TRUSTEE MOTION TO DISMISS CASE - 1

Debtor will be present for the January 7th, 2021 meeting of creditors unless another raid occurs at the debtors residence and will cooperate with the trustee.

For the reasons stated above the Debtor respectfully requests that this court deny the trustee motion to dismiss case.

Respectfully Submitted,

/s/ Grant T. Wilcox
Grant T. Wilcox
Debtor,
9858 Green Drive
Windham, OH 44288
330-990-5416
grant.wilcox@gmail.com

## CERTIFICATE OF SERVICE

I certify of that on January 7th, 2021, a true copy of the DEBTORS RESPONSE IN OPPOSITION TO TRUSTEES MOTION TO DISMISS CASE was upon:

Electronic Mail:

Keith L. Rucinski, Esq. (krucinksi@ch13akron.com)
*Ch. 13 Trustee*

U.S. Trustee (ustpregion09.cl.ecf@usdoj.gov)

DEBTORS BRIEF OF OPPOSITION TO TRUSTEE MOTION TO DISMISS CASE - 2