IN THE U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox<br><br>Grant T. Wilcox,<br>9858 Green Dr<br>Windham, OH 44288<br>　　　　　　　　　　Debtor | Bankruptcy Case: 20-51998-amk<br><br>Honorable Alan M. Koschik<br><br>DEBTORS RESPONSE TO CREDITORS OBJECTION |

　　　　Now comes the Debtor, pro se, and respectfully requests that this Court deny Creditor Sara Butts objection. First this Creditor has done everything possible to disrupt the bankruptcy of the Debtor. Including failing to respect the Automatic Stay. This willful failure has caused undue harm upon the Debtor and further goes to show the extent that this creditor is willing to go to interfere with the bankruptcy plan.

　　　　Attached in Exhibit A is the affidavit of Jamie Carnahan stating her residence is at the Debtor house. Jamie Carnahan has made herself available at the 341 hearing to answer Creditor's questions however he declined to question her.

DEBTORS RESPONSE TO CREDITORS OBJECTION - 1

Further more Creditor and her husband have been messaging Jamie Carnahan in an attempt to further disrupt the Debtor bankruptcy plan (Exhibit B.).

For these reasons Debtor respects that this Court deny the Creditor Objection to the Debtor Bankruptcy Plan.

Respectfully Submitted,

/s/ Grant T. Wilcox  
Grant T. Wilcox  
Debtor, Pro Se  
9858 Green Drive  
Windham, OH 44288  
330-990-5416  
grant.wilcox@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15th, 2021, the following entities were served a copy of this brief.

Electronic Mail

US Trustee ustpregion09.cl.ecf@usdoj.gov

Keith Rucinski krucinski@ch13akron.com

Tony DeGirolamo tony@ajdlaw7-11.com

DEBTORS RESPONSE TO CREDITORS OBJECTION - 2

## Affidavit of Jamie Carnahan

1. My name is Jamie L. Carnahan. I' am 29 years old and I currently reside with my 3 children at 9858 Green Dr, Windham, OH 44288.

2. I, Jamie L. Carnahan, swear that my current residence is 9858 Green Dr, Windham, OH 44288 and that I reside with Grant Wilcox.

3. Sara N. Butts and Eric Swank have both contacted me directly attempting to persuade me to change my residence (see messages below).

4. I, Jamie L. Carnahan, once again swear that the information contained in the above sworn statement is a complete representation of the facts.

*[signature: Jamie Carnahan]*

Jamie L. Carnahan
February 14th, 2021



DEBTORS RESPONSE TO CREDITORS OBJECTION - 3



DEBTORS RESPONSE TO CREDITORS OBJECTION - 4