# IN THE U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox | Bankruptcy Case: 20-51998-amk |
| Grant T. Wilcox,<br>9858 Green Dr<br>Windham, OH 44288<br>                   Debtor | Honorable Alan M. Koschik<br><br>DEBTORS 2ND RESPONSE TO CREDITORS OBJECTION |

      Now comes the Debtor, pro se, and respectfully requests that this Court deny Creditor Sara Butts objection again. First off the Creditor is once again contorting the fact to meet their own personal agenda to stop the bankruptcy. Once the Creditor was offered to opportunity to speak to Ms. Carnahan however the Creditor declined. Ms. Carnahan signed the affidavit and is admissible contrary to assertions of the Creditors. Ms. Carnahan intends to be available for the Confirmation Hearing to testify if need be. Second of all in the Debtors motion for the return of the vehicle with an unrelated case the <u>Debtor was referring to the fact that the</u>

DEBTORS RESPONSE TO CREDITORS OBJECTION - 1

<u>2016 Ford Fusion hasn't been seen since July 5th, 2020.</u> Of course the Creditor is attempting to distort the facts in order to fit their narrative.

Furthermore in that same case that the Creditors referenced, Ms. Carnahan address is listed 9858 Green Dr. Attached as Exhibit A is a January 8th, 2021 entry showing Ms. Carnahan's address 9858 Green Dr, Windham, OH 44288 on page 2 and 3. Which is a public record and is admissible as evidence.

As for the allegation that the Debtor mis represented to the trustee about the Ford Fusion. The Debtor DID disclose and stated that the Police had it however it was yet to be returned to the Debtor. This information and situation was also disclosed to the Debtor's previous counsel. Which to this day the Ford Fusion has NOT been returned to the Debtor. Debtor assumes this vehicle is lost because the Prosecutors office hasn't released any information regarding the status of the car. Again another example the Creditor is attempting to twist the facts.

Respectfully Submitted,

/s/ Grant T. Wilcox
Grant T. Wilcox
Debtor, Pro Se
9858 Green Drive
Windham, OH 44288
330-990-5416
grant.wilcox@gmail.com

DEBTORS RESPONSE TO CREDITORS OBJECTION - 2

# CERTIFICATE OF SERVICE

I hereby certify that on February 19th, 2021, the following entities were served a copy of this brief.

Electronic Mail

US Trustee ustpregion09.cl.ecf@usdoj.gov

Keith Rucinski krucinski@ch13akron.com

Tony DeGirolamo tony@ajdlaw7-11.com

DEBTORS RESPONSE TO CREDITORS OBJECTION - 3

| | |
|---|---|
| STATE OF OHIO )<br>PORTAGE COUNTY ) | IN THE PORTAGE MUNICIPAL COURT |
| STATE OF OHIO<br>   PLAINTIFF | CASE NUMBER: 2020CRB01324R<br>: JUDGE MARK FANKHAUSER |
| vs. | : REQUEST TO MODIFY/REVOKE PROBATION |
| Jamie Carnahan<br>PROBATIONER | : |

FILED
PORTAGE COUNTY MUNICIPAL COURT
JAN 0 8 2021
JILL FANKHAUSER, Clerk
RAVENNA, OH

The Adult Probation Department respectfully requests that the above individual's probation, which is due to terminate on: 04/23/2021, be modified/revoked, based on the following conditions:

1. Probationer failed to report to a mandatory reporting appointment at the Adult Probation Department on 12/04/2020 at 2:30 PM, and 12/29/2020 at 9:30 AM.

Dalton Todd
Probation Officer

_____ 1-7-21
(Designee) Chief Probation Officer

ORDER

The Court, having reviewed the request of the Chief Probation Officer to extend/revoke probation, hereby grants such request and orders that such be set for hearing, with notice to the Probationer and the Prosecuting Attorney.

_____
Judge

HEARING DATE

The above captioned Probationer will hereby take notice that this matter will be heard on: __Fri.__ the __16th__ day of __April__, 202_1_ at __10:00__ a.m. in the Courtroom of Judge Fankhauser at the Portage County Municipal Court, 203 West Main Street, Ravenna, Ohio 44266.

P. Collins 1-8-21
Assignment Commissioner   Date

PROOF OF SERVICE

This is to certify that a copy of the foregoing Request/Order has been sent to the Probationer, as there is no Attorney of Record for the Probationer, and to the office of the Portage County Prosecutor, on the _____ day of _____, 2020.

_____
(Designee) Chief Probation Officer

# IN THE MUNICIPAL COURT
## PORTAGE COUNTY, OHIO

STATE OF OHIO    CASE NUMBER: 2020CRB01324R

-VS-    INSTRUCTIONS TO CLERK

**JAMIE CARNAHAN**
PROBATIONER

YOU ARE HEREBY INSTRUCTED TO ISSUE A SUMMONS AND A MOTION TO REVOKE/MODIFY PROBATION TO THE ABOVE NAMED DEFENDANT AT THE BELOW STATED ADDRESS. SERVICE IS REQUESTED BY THE FOLLOWING METHOD:

___x___ REGULAR AND CERTIFIED MAIL

_____ PERSONAL SERVICE

_____ OTHER _____

A HEARING ON THE MOTION TO REVOKE/MODIFY PROBATION HAS BEEN SCHEDULED FOR _Friday, Apr 16, 2021 @ 10:00 a.m._

**PROBATIONER'S ADDRESS**
9858 Green Dr.
WINDHAM, OH 44288

_____
Judge

IN MUNICIPAL COURT
PORTAGE COUNTY, OHIO

STATE OF OHIO

SUMMONS

-VS-

CASE NUMBER: 2020CRB01324R

<u>JAMIE CARNAHAN</u>
PROBATIONER

A MOTION TO REVOKE/MODIFY PROBATION, A COPY OF WHICH IS ATTACHED HERETO HAS BEEN FILED IN THE COURT, CHARGING YOU WITH THE OFFENSE OF:

PROBATION VIOLATION

YOU ARE SUMMONED AND ORDERED TO APPEAR IN THE PORTAGE COUNTY MUNICIPAL COURT, RAVENNA, OHIO, ON _Friday, Apr. 16, 2021 @ 10:00 a.m._

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE STATED ABOVE, YOU MIGHT BE ARRESTED.

ISSUED: _1/8/21_

JILL FANKHAUSER, CLERK OF COURTS
BY _[signature]_
DEPUTY

<u>PROBATIONER'S ADDRESS</u>
9858 GREEN DR
WINDHAM OH 44288

THE PORTAGE COUNTY MUNICIPAL COURT-
RAVENNA BRANCH, IS LOCATED AT 203 WEST
MAIN STREET, RAVENNA, OHIO 44266
THE KENT BRANCH, IS LOCATED AT 303 EAST
MAIN STREET, KENT, OHIO 44240