UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------x
In re:                                                   :   Case No. 20-51998-AMK
                                                         :
    GRANT THOMAS WILCOX,                             :   Chapter 13
                                                         :
                                                         :   Judge Alan M. Koschik
    Debtor.                                          :
                                                         :
---------------------------------------------------------x

**SUPPORT DOCUMENT TO REPLY TO DEBTOR'S
<u>RESPONSE TO CREDITOR'S OBJECTION</u>**

Now comes Sara Butts f/k/a Sara Wilcox ("Butts"), by and through her undersigned counsel and hereby submits the docket from Case No. 2021CRB00165, State of Ohio v. Jamie L. Carnahan, attached hereto as Exhibit A, as a support document to her Reply to Debtor's Response to Creditor's Objection (Docket No. 60) and as evidence of Jamie L. Carnahan's current address.

    Respectfully submitted,

    /s/ Anthony J. DeGirolamo
    Anthony J. DeGirolamo (0059265)
    3930 Fulton Drive NW, Suite 100B
    Canton, Ohio 44718
    Telephone:  330-305-9700
    Facsimile:  330-305-9713
    E-mail:  tony@ajdlaw7-11.com

    COUNSEL FOR SARA BUTTS
    f/k/a SARA WILCOX

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, a copy of the foregoing Support Document was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov

/s/ Anthony J. DeGirolamo<br>Anthony J. DeGirolamo

The undersigned hereby certifies that a copy of the foregoing Reply was served regular U.S. Mail, postage prepaid, upon those listed below, this 1st day of March, 2021.

/s/ Anthony J. DeGirolamo<br>Anthony J. DeGirolamo

Grant T. Wilcox
9858 Green Drive
Winham, Ohio 44288

**EXHIBIT A**

# 2021CRB00165 State of Ohio vs. CARNAHAN, JAMIE L

**Case Type:**
Criminal Misdemeanor

**Case Status:**
OPEN

**File Date**
02/25/2021

**Action:**
ASSAULT

**Status Date:**
02/25/2021

**Case Judge:**
Adler, Jeffrey D

**Next Event:**
03/10/2021

| All Information | Party | Charge | Ticket/Citation # | Event | Docket | Financial | Disposition | Payment Plan |

## Party Information

**CARNAHAN, JAMIE L**
- Defendant

- DOB
  - 04/30/1991
- DOD
- Disposition
- Disp Date

- Address
  - 219 COLONIAL DR. APT. 1/2
    YOUNGSTOWN, OH 44505
- Phone
  - (330)770-3990

Alias

Party Attorney

**More Party Information**

## Party Charge Information

**CARNAHAN, JAMIE L**
- Defendant
  Charge # 1:
  2903.13 B - M1   ASSAULT
  Counts:

- Original Charge
  - 2903.13 B ASSAULT (M1)
- Indicted Charge
- Amended Charge

- Ticket #
- Jurisdiction
  - Liberty Twp Police Dept.
- Offense Location
- Offense Date
  - 02/24/2021
- Officer

**Sentencing Information**

## Ticket/Citation #

**Citation # : - Liberty Twp Police Dept.**
**Offense Date**

- Agency
  - Liberty Twp. Police Dept.
- Officer
  - RANKIN, PLT. D(926)
- Second Officer
- Complainant

- Speed Cited
- Speed Limit
- Location
- Insured/Proof

- Accident
- Work Zone
- Haz Mat
- Points
- 0
- Priors
- License Taken
- BAC

- Drivers License
  - TF855173
  - Expiration
  - State
  - OH
  - Type
  - D Class

- Plate
- State
- Year
- Type
- Style
- Color

## Events

| Date | Location | Type | Event Judge | Result |
|---|---|---|---|---|
| 02/25/2021 09:00 AM | Court Room 1 | Arraignment | Adler, Jeffrey D | Not Guilty Plea Entered |
| 03/10/2021 09:00 AM | Court Room 1 | Pre-Trial | Adler, Jeffrey D | |

## Docket Information

| Date | Docket Text | Amount Owed | File Ref Nbr. | Amount Due |
|---|---|---|---|---|
| 02/25/2021 | Fine<br>Charge #1: ASSAULT<br><br>Applies To: CARNAHAN, JAMIE L (Defendant) | $0.00 | | $0.00 |
| 02/25/2021 | Event Scheduled<br>Judge: Adler, Jeffrey D<br>Event: Arraignment<br>Date: 02/25/2021 Time: 09:00 AM | | | |
| 02/25/2021 | Criminal Filing Fee | $99.00 | | $99.00 |
| 02/25/2021 | WHOLE CASE SCAN | | | |
| 02/25/2021 | Document Created<br><br>New Arraignment Form (2sides)<br>Sent On: 02/25/2021 09:04:50 | | | |
| 02/25/2021 | Document Created<br><br>Judgment Order<br>Sent On: 02/25/2021 09:05:15 | | | |
| 02/25/2021 | Document Created<br><br>Rights Waiver & Notice<br>Sent On: 02/25/2021 09:05:35 | | | |
| 02/25/2021 | Document Created<br><br>Recognizance of Accused<br>Sent On: 02/25/2021 09:06:04 | | | |

| Date | Docket Text | Amount Owed | File Ref Nbr. | Amount Due |
|---|---|---|---|---|
| 02/25/2021 | Event Scheduled<br>Judge: Adler, Jeffrey D<br>Event: Pre-Trial<br>Date: 03/10/2021 Time: 09:00 AM | | | |
| 02/25/2021 | Time Waived Filed | | | |
| 02/25/2021 | Plead Not Guilty at Arraignment<br>Event: Arraignment 02/25/2021 09:00 AM<br>Jurisdiction: GIRARD Locality:<br>Judicial Officer: Adler, Jeffrey D<br><br>Order: ARRNG Arraignment NG (Arraign Form)<br>Party Charge 1<br>   Defendant appeared in open court VIA VIDEO; acknowledged receipt of the complaint(s) and waived reading thereof; was fully advised of his/her legal and constitutional rights; entered a plea of not guilty; and Did not Waive his/her right to a speedy trial.<br><br>The court sets bail at $7,500.00 10% Cash or Surety Set and sets the pretrial at 09:00 AM, on 03/10/2021 | | | |
| 02/25/2021 | Case Assigned a Judge | | | |
| 02/25/2021 | Sheriff Booking Ins (AR Payment) | $10.00 | | $10.00 |
| 02/25/2021 | Document Created<br><br>Commitment after exam<br>Sent On: 02/25/2021 10:28:34 | | | |
| 02/25/2021 | Document Created<br><br>Criminal Hearing Notice (CR)<br>Sent On: 02/25/2021 10:29:44 | | | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| AR Deposit | $10.00 | $0.00 | $0.00 | $10.00 |
| Filing Fee | $99.00 | $0.00 | $0.00 | $99.00 |
| Total | Total $109.00 | Total $0.00 | Total $0.00 | Total $109.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| AJ7- Transfer | 02/25/2021 | Adler, Jeffrey D |
| Undisposed | | Adler, Jeffrey D |

## Party Payment Plann

**Responsible Party: CARNAHAN, JAMIE L - Defendant**

- Order Date
- 02/25/2021
- Scheduled Outstanding Amount
- Dunning Level
- None
- AR Status
- Past Due Amount

- AR Reason
- Next Payment Date
- ⊘