# IN THE U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox<br><br>Grant T. Wilcox,<br>9858 Green Dr<br>Windham, OH 44288<br><br>Debtor, | Bankruptcy Case: 20-51998-amk<br><br>Honorable Alan M. Koschik<br><br>RESPONSE TO CREDITORS SUPPORT DOCUMENT |

    Now comes the Debtor, pro se, and submits the docket from Girard Municipal Case Number 2021-CRB-00165, State of Ohio v. Jamie Carnahan as Exhibit A showing her current address as the Debtor. Furthermore Exhibit B is a copy of Jamies Driver's License also show her current address as the Debtor.

    Respectfully Submitted,

Grant T. Wilcox
Debtor, Pro Se
9858 Green Drive
Windham, OH 44288
330-990-5416
grant.wilcox@gmail.com

RESPONSE TO CREDITORS SUPPORT DOCUMENT - 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11th, 2021 a copy of <u>RESPONSE TO CREDITORS SUPPORT DOCUMENT</u> was submitted via electronic mail to Anthony J. DeGirolamo attorney for the Creditor.

<u>/s/ Grant T. Wilcox</u>
Grant T. Wilcox

RESPONSE TO CREDITORS SUPPORT DOCUMENT - 2

# 2021CRB00165 State of Ohio vs. CARNAHAN, JAMIE L

- Case Type:
- Criminal Misdemeanor
- Case Status:
- OPEN
- File Date
- 02/25/2021
- Action:
- ASSAULT
- Status Date:
- 02/25/2021
- Case Judge:
- Adler, Jeffrey D
- Next Event:
- 04/08/2021

| All Information | Party | Charge | Ticket/Citation # | Event | Docket | Financial | Receipt | Disposition | Payment Plan |

## Party Information

**CARNAHAN, JAMIE L**
- Defendant

- DOB
- 04/30/1991
- DOD
- Disposition
- Disp Date

- Address
- 9858 GREEN DR
  WINDHAM, OH  44288
- Phone
- (330)770-3990

**Alias**

**Party Attorney**
- Attorney
- FALGIANI PD, JOHN
- Bar Code
- Address
- Phone

**More Party Information**

## Party Charge Information

- **CARNAHAN, JAMIE L**
- Defendant
  **Charge # 1:**
  **2903.13 B - M1**　　ASSAULT
  **Counts:**

- Original Charge
- 2903.13 B ASSAULT (M1)
- Indicted Charge
- Amended Charge

- Ticket #
- Jurisdiction
- Liberty Twp Police Dept.
- Offense Location
- Offense Date
- 02/24/2021
- Officer

**Sentencing Information**

## Ticket/Citation #

**Citation # : - Liberty Twp Police Dept.**
**Offense Date**

- Agency
- Liberty Twp. Police Dept.
- Officer
- RANKIN, PLT. D(926)
- Second Officer
- Complainant

- Speed Cited
- Speed Limit
- Location
- Insured/Proof
- Accident
- Work Zone
- Haz Mat
- Points
- 0
- Priors
- License Taken
- BAC

- Drivers License
- TF855173
- Expiration
- State
- OH
- Type
- D Class

- Plate
- State
- Year
- Type
- Style
- Color

## Events

| Date | Location | Type | Event Judge | Result |
|---|---|---|---|---|
| 02/25/2021 09:00 AM | Court Room 1 | Arraignment | Adler, Jeffrey D | Not Guilty Plea Entered |
| 03/10/2021 09:00 AM | Court Room 1 | Pre-Trial | Adler, Jeffrey D | Hearing Held |
| 04/08/2021 10:00 AM | Court Room 1 | Trial | Adler, Jeffrey D | |

## Docket Information

| Date | Docket Text | Amount Owed | File Ref Nbr. | Amount Due |
|---|---|---|---|---|
| 02/25/2021 | Fine<br>Charge #1: ASSAULT<br><br>Applies To: CARNAHAN, JAMIE L (Defendant) | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 02/25/2021 | Event Scheduled<br>Judge: Adler, Jeffrey D<br>Event: Arraignment<br>Date: 02/25/2021 Time: 09:00 AM | | |
| 02/25/2021 | Criminal Filing Fee | $99.00 | $99.00 |
| 02/25/2021 | WHOLE CASE SCAN | | |
| 02/25/2021 | Document Created<br><br>New Arraignment Form (2sides)<br>Sent On: 02/25/2021 09:04:50 | | |
| 02/25/2021 | Document Created<br><br>Judgment Order<br>Sent On: 02/25/2021 09:05:15 | | |
| 02/25/2021 | Document Created<br><br>Rights Waiver & Notice<br>Sent On: 02/25/2021 09:05:35 | | |
| 02/25/2021 | Document Created<br><br>Recognizance of Accused<br>Sent On: 02/25/2021 09:06:04 | | |
| 02/25/2021 | Event Scheduled<br>Judge: Adler, Jeffrey D<br>Event: Pre-Trial<br>Date: 03/10/2021 Time: 09:00 AM<br>Result: Hearing Held | | |
| 02/25/2021 | Time Waived Filed | | |
| 02/25/2021 | Plead Not Guilty at Arraignment<br>Event: Arraignment  02/25/2021 09:00 AM<br>Jurisdiction: GIRARD  Locality:<br>Judicial Officer: Adler, Jeffrey D<br><br>Order: ARRNG Arraignment NG (Arraign Form)<br>Party Charge 1<br>  Defendant appeared in open court VIA VIDEO; acknowledged receipt of the complaint(s) and waived reading thereof; was fully advised of his/her legal and constitutional rights; entered a plea of not guilty; and Did not Waive his/her right to a speedy trial.<br><br>The court sets bail at $7,500.00 10% Cash or Surety Set and sets the pretrial at 09:00 AM, on 03/10/2021 | | |
| 02/25/2021 | Case Assigned a Judge | | |
| 02/25/2021 | Sheriff Booking Ins (AR Payment) | $10.00 | $10.00 |
| 02/25/2021 | Document Created<br><br>Commitment after exam<br>Sent On: 02/25/2021 10:28:34 | | |
| 02/25/2021 | Document Created<br><br>Criminal Hearing Notice (CR)<br>Sent On: 02/25/2021 10:29:44 | | |
| 03/02/2021 | BOND SURCHARGE FEE Receipt: 949122 Date: 03/02/2021 | $25.00 | $0.00 |
| 03/02/2021 | $7,500.00 SURETY BOND POSTED BY THOMAS COOL BAIL BONDING AT TRUMBULL COUNTY JAIL | | |
| 03/02/2021 | Precipe for subpoena filed with the approval of the prosecutor for PT & TR | $10.00 | $10.00 |
| 03/02/2021 | Document Created<br>A (n)Subpoena was generated and sent to:<br>Victim: JERMAINE WHITE Restricted Information | | |

| | | | |
|---|---|---|---|
| 03/02/2021 | Subpoena issued to Bailiff for service on JERMAINE WHITE | | |
| 03/02/2021 | CLIENT INFO RECEIVED FROM PD OFFICE. FILED BY Attorney: FALGIANI  PD, JOHN. PUBLIC DEFENDER FEE. | $25.00 | $25.00 |
| 03/03/2021 | Subpoena returned by Bailiff endorsed copy posted in a conspicuous place on JERMAINE WHITE | | |
| 03/10/2021 | Event Scheduled<br>Judge: Adler, Jeffrey D<br>Event: Trial<br>Date: 04/08/2021  Time: 10:00 AM | | |
| 03/10/2021 | Document Created<br><br>Criminal Hearing Notice (CR)<br>Sent On:  03/10/2021 10:10:21 | | |
| 03/10/2021 | P.T. HELD. SET FOR TRIAL ON APRIL 8, 2021 @ 10:00 AM. /S/ JDA, JUDGE | | |
| 03/10/2021 | NOTICE MAILED TO DEFENDANT AND PRINTED FOR FILE, PUBLIC DEFENDER AND PROSECUTOR. | | |
| 03/10/2021 | Document Created<br>A (n)Subpoena was generated and sent to:<br>Victim:  JERMAINE WHITE Restricted Information | | |
| 03/10/2021 | Subpoena issued to Bailiff for service on JERMAINE WHITE | | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| CRTR Cost | $60.00 | $25.00 | $0.00 | $35.00 |
| AR Deposit | $10.00 | $0.00 | $0.00 | $10.00 |
| Filing Fee | $99.00 | $0.00 | $0.00 | $99.00 |
| Total | Total<br>$169.00 | Total<br>$25.00 | Total<br>$0.00 | Total<br>$144.00 |

⊘

## Receipts

| Receipt Number | Receipt Date | Received From | Receipt Location | Payment Amount |
|---|---|---|---|---|
| 949122 | 03/02/2021 | THOMAS COOL BAIL BONDING | | $25.00 |
| Total | Total | Total | Total | Total<br>$25.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| AJ7- Transfer | 02/25/2021 | Adler, Jeffrey D |
| Undisposed | | Adler, Jeffrey D |

**Party Payment Plann**

**Responsible Party: CARNAHAN, JAMIE L - Defendant**

- Order Date
  - 02/25/2021
  - Scheduled Outstanding Amount
  -
  - Dunning Level
  - None
  - AR Status
  -
  - Past Due Amount
  -
  - AR Reason
  -
  - Next Payment Date
  -
  - ⊘




OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

# OHIO INTERIM DOCUMENTATION

**DRIVER LICENSE**

5047 / VG973827

Name: CARNAHAN JAMIE LYN
Address: 9858 GREEN DR
WINDHAM, OH 44288

DOB: 4/30/1991
License/ID No: TF855173
Issued On: 3/9/2021
Class: D  Expires On: 4/30/2024

Height: 5'5'
Gender: F
Eye Color: BLU
Hair Color: BRO
Weight: 163

TYPE: STANDARD



Endorsements:

Restrictions: A

This document is issued to the person identified and pictured as a temporary credential for use while a new permanent driver license or identification card is being manufactured and mailed.
**Law enforcement may verify through LEADS.**

WARNING: THE PRODUCTION, DISTRIBUTION, OR POSSESSION OF A FORGED IDENTIFICATION CARD IS PROHIBITED PURSUANT TO OHIO REVISED CODE 2913.31.

- You must carry this interim documentation until you have received your new card.
- Your new driver license or identification card will be processed and mailed to this address:

9858 GREEN DR
WINDHAM, OH 442881419

Your new driver license or identification card will be mailed in a plain, white envelope to the address above. To monitor and track your mail, the U.S. Postal Service offers a free service called Informed Delivery. To learn more or to sign up for the service, please visit https://informeddelivery.usps.com
If you have not received your driver license or identification card within 28 days, you may contact the BMV through LIVECHAT at www.bmv.ohio.gov or visit www.bmv.ohio.gov/DLStatus to check the status of your card.
If you have applied for a driver license or temporary instruction permit, this document will allow you to operate a motor vehicle. Interim documentation is not valid as a stand-alone document when applying for a CDL or temporary CDL instruction permit. This interim documentation only serves as confirmation that an application is pending.

http://www.bmv.ohio.gov/NewDL-ID