UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------x
In re:                                                   :    Case No. 20-51998-AMK
                                                         :
    GRANT THOMAS WILCOX,                             :    Chapter 13
                                                         :
                                                         :    Judge Alan M. Koschik
    Debtor.                                           :
                                                         :
---------------------------------------------------------x

**ADDITIONAL SUPPORT DOCUMENT TO REPLY TO DEBTOR'S
RESPONSE TO CREDITOR'S OBJECTION**

Now comes Sara Butts f/k/a Sara Wilcox ("Butts"), by and through her undersigned counsel and hereby submits the online news article attached hereto as Exhibit A, as a support document to her Reply to Debtor's Response to Creditor's Objection (Docket No. 60).

    Respectfully submitted,

    /s/ Anthony J. DeGirolamo
    Anthony J. DeGirolamo (0059265)
    3930 Fulton Drive NW, Suite 100B
    Canton, Ohio 44718
    Telephone: 330-305-9700
    Facsimile: 330-305-9713
    E-mail: tony@ajdlaw7-11.com

    COUNSEL FOR SARA BUTTS
    f/k/a SARA WILCOX

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, a copy of the foregoing Additional Support Document was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- Keith Rucinski  efilings@ch13akron.com
- United States Trustee  (Registered address)@usdoj.gov

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

The undersigned hereby certifies that a copy of the foregoing Additional Support Document was served regular U.S. Mail, postage prepaid, upon those listed below, this 11th day of March, 2021.

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

Grant T. Wilcox
9858 Green Drive
Winham, Ohio 44288

**EXHIBIT A**



## Liberty police: Man and woman arrested after fight involving bleach

*Police said both suspects were wet, smelled of bleach, and appeared heavily intoxicated*



by: WKBN Staff

Posted: Feb 25, 2021 / 03:08 PM EST / Updated: Feb 25, 2021 / 03:21 PM EST

LIBERTY TOWNSHIP, Ohio (WKBN) – According to Liberty police, a fight that started between a man and woman in Warren ended in Liberty Township after the suspects allegedly threw bleach on each other.

Officers were called about 9:42 p.m. Wednesday to the 200 block of Colonial Drive on reports of a fight.

> Man who served prison term for Youngstown 2015 homicide arrested on federal gun charge →

A woman there, later identified as 29-year-old Jamie Carnahan, told police that an argument between her and 39-year-old Jermaine White started in Warren earlier that day and continued after they got home to the Colonial Drive address.

The woman said that White threw bleach on her. When police questioned White, he said that Carnahan threw bleach on him.

Police said both suspects were wet, smelled of bleach, and appeared heavily intoxicated.

Both White and Carnahan were booked into the Trumbull County Jail on assault charges.

According to court records, Carnahan pleaded not guilty at her arraignment in Girard Municipal Court on Thursday. Bond was set at $7,500. She will be back in court on March 10.

There was no court entry for White at the time of this report.